UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ABDULFATTAH BUDAYR | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:17-CV-327-FL |
| STATE OF MICHIGAN, Department of | ) | |
| Licensing and Regulatory Affairs; Bureau | ) | |
| of Professional Licensing | ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 7, 2017, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED against defendant.

**This Judgment Filed and Entered on December 7, 2017, and Copies To:**
Abdulfattah Budayr (via CM/ECF Notice of Electronic Filing)
Michele M. Wagner-Gutkowski/Mary C. Washkiewicz (via CM/ECF Notice of Electronic Filing)

December 7, 2017                PETER A. MOORE, JR., CLERK
                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk